No. 12–8022/AF. Steven J. Holsey v. United States. On consideration of Petitioner's motion to withdraw pending motions to stay the Article 32 Hearing proceedings and the motion to file document, it is ordered that said motion to withdraw is hereby granted, and said motion to file document is hereby denied as moot.